## 29908. HEARD v. ALLEN.

UNDERCOFLER, Presiding Justice.

Robert Jerome Heard filed a petition for the writ of mandamus against Willis I. Allen, Clerk of the Wilkinson Superior Court seeking to obtain a copy of his trial transcript in order to pursue an appeal. The mandamus petition was not sanctioned by the trial court because the convictions were being appealed by appellant's court-appointed attorney who had in his possession all of the requested records.

*Judgment affirmed. All the Justices concur.*

SUBMITTED MAY 5, 1975 — DECIDED MAY 13, 1975.

Robert Jerome Heard, *pro se.*
*Joseph B. Duke, District Attorney,* for appellee.